July 9, 2015

John D. Williams
T.D.C.J - I.D. No. 1607319
2664 FM 2054
Tennessee Colony, TX 75884
Coffield Unit

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 13 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

RE: Case Numbers:     12-11-00147-CR, 12-12-00148-CR &
                      12-11-00149-CR

Trial Court Case Numbers: 114-0329-09, 114-0330-09 & 114-0331-09

It has been brought to my attention by this Court that it will cost a total of $808.00 for my trial transcript. I also was told that I could purchase any of the first 50 pages at a price of 50¢ per page. If so then I would like to purchase the video surveillance tapes and colored copie of all the 6 man photo line-ups from each case number inculding the one from the extraneous offense involving Helen Bullock. I would appreciate it if you would notify me as soon as possible with the cost of these documents that I'm requesting so that I may have a family member to come by and pay for the documents.

Thank you

Sincerely

John D. Williams